```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MCOM IP, LLC,

                            Plaintiff,

         -against-

M&T BANK CORPORATION,

                          Defendant.
-----------------------------------------------------------------X

1:23-cv-08793-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    In the Court's order dated October 12, 2023, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than December 14, 2023. Dkt. No. 8.  On December 14, 2023, the Court extended that deadline to February 1, 2024.  Dkt. No. 11.

    The Court has not received the joint status letter or proposed case management plan.  The parties are directed to comply with the Court's December 14, 2023 order forthwith and in any event no later than February 5, 2024.

    SO ORDERED.

Dated:  February 2, 2024
New York, New York

                                              GREGORY H. WOODS
                                         United States District Judge